FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/5/2015 3:20:08 PM

CHRISTOPHER A. PRINE
Clerk

EXHIBIT A

# Board of Law Examiners

Appointed by the Supreme Court of Texas

P.O. Box 13486   *   Austin, Texas  78711-3486

## Acknowledgment Letter
## Non-Resident Attorney Fee

June 30, 2015

To:  Matthew Baier
Via:  matthew.baier@lw.com

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney:** Kevin H. Metz

**Case:** 01-15-00544-CV

**Texas court or body:**  First Court of Appeals

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule XIX(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule XIX(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule XIX of the Rules Governing Admission to the Bar of Texas and §82.0361 of the Texas Government Code, which can be found on the Board's website.

Sincerely,

Susan Henricks
Executive Director

# VERIFICATION

DISTRICT OF COLUMBIA ⟩

       BEFORE ME, the undersigned authority, on this day personally appeared Kevin H. Metz, known by me to be the person whose signature appears below, who after being duly sworn upon his oath, stated as follows;

> "I have read the foregoing Motion for Admission *Pro Hac Vice*.
> The factual allegations contained in this Motion are true and
> correct and within my personal knowledge."

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kevin H. Metz

       SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority on this 16th day of September, 2015.

_____
Signature of Notary

(Seal)

**My Commission Expires
July 14, 2019**

7/14/2019
_____
Date Commission Expires